STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Barry Alwin Roach
Larry A. Roach, Inc.
2917 Ryan St.
Lake Charles LA 70601

**REHEARING ACTION: April 1, 2015**

**Docket Number: 14   00900-CA**

**CHERMAINE P. DIBARTOLO, ET UX.
VERSUS
STAGE ONE - THE HAIR SCHOOL, INC.**

**Appealed from Calcasieu Parish Case No. 2007-1310**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Chermaine P. Dibartolo, et vir** has this day been

**DENIED.**

cc: Thomas Allen Filo, Counsel for the Appellee
Skylar J. Comeaux, Counsel for the Appellee
Russell Joseph Stutes, Jr., Counsel for the Appellee